UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT
CIVIL ACTION NO.: 05-11621WGY

| | |
|---|---|
| BRIAN D. TIERNEY, as Administrator of the Estate of Marjorie A. Tierney,<br>　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| LITE SOURCE, INC.,<br>BASICS FURNITURE ON 7TH, INC.,<br>P&J REALTY MANGEMENT, LLC,<br>JOHN DOE, as Trustee of<br>P&J Realty Trust,<br>and 14-15 ST. ASSOCIATES, L.P.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Now comes the plaintiff in this action and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and agrees to dismiss all claims, with prejudice and without costs as to defendants Lite Source, Inc., P&J Realty Management, LLC, John Doe, as Trustee of P&J Realty Trust and 14-15 St. Associates, L.P. *only*. This stipulation does *not* include Basics Furniture on 7th, Inc.

Plaintiff, Brian Tierney,
As Administrator of the Estate of
Marjorie A. Tierney,
By his attorneys,

/s/ Anthony J. Antonellis
Anthony J. Antonellis
BBO No. 557964
John A. Donovan III
BBO No. 631110
SLOANE AND WALSH, LLP.
Three Center Plaza
Boston, MA 02108
Dated: November 4, 2005　　　　617-523-6010