UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT
CIVIL ACTION NO.: 05-11621WGY

| | |
|---|---|
| BRIAN D. TIERNEY, as Administrator of the Estate of Marjorie A. Tierney,<br>    Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| LITE SOURCE, INC.,<br>BASICS FURNITURE ON 7TH, INC.,<br>P&J REALTY MANGEMENT, LLC,<br>JOHN DOE, as Trustee of<br>P&J Realty Trust,<br>and 14-15 ST. ASSOCIATES, L.P.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Now comes the plaintiff in this action and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and agrees to dismiss all claims, with prejudice and without costs as to defendant Basics Furniture on 7th, Inc.

                                                          Plaintiff, Brian Tierney,
                                                          As Administrator of the Estate of
                                                          Marjorie A. Tierney,
                                                          By his attorneys,

                                                          /s/ Anthony J. Antonellis_____
                                                          Anthony J. Antonellis
                                                          BBO No. 557964
                                                          John A. Donovan III
                                                          BBO No. 631110
                                                          SLOANE AND WALSH, LLP.
                                                          Three Center Plaza
                                                          Boston, MA 02108
Dated: December 27, 2005              617-523-6010